ACCEPTED
N/A
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/19/2016 6:30:29 AM
CHRISTOPHER PRINE
CLERK

# No. 01-16-00073-CR

# No. 01-16-00074-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/19/2016 6:30:29 AM

CHRISTOPHER A. PRINE
Clerk

In The

## First Court of Appeals

| | |
|---|---|
| In re The City of Meadows Place, Texas and Gary Stewart, Chief of Police | § § § § § |
| *Relators.* | |

## UNOPPOSED MOTION TO DISMISS ORIGINAL PROCEEDING AS MOOT

To The Honorable First Court of Appeals:

Relators The City of Meadows Place, Texas and Gary Stewart, Chief of Police move to dismiss these original proceedings for writ of mandamus and writ of prohibition because the order under review has become moot.

1. These original proceedings arise from an order issued by Respondent Hon. Ruben Guerrero, Presiding Judge of the 174th Criminal District Court in Harris County, Texas. R. 15. The subject order directed the City of Meadows Place, Texas, and Gary Stewart, Chief of Police, to register an individual as a sex offender within the jurisdiction of The City of Meadows Place, Texas, but at a place that is in violation of the City's ordinance regulating registration of sex offenders. The contested order was entered on January 14, 2016.

2.    On February 15, 2016, Respondent issued a new order that vacates the January 14 Order to Register. See Supp. R. 30 and Order attached as Appendix Item 1. The Order vacates the conditions granting Real Party in Interest Shane West permission to reside in The City of Meadows Place, Texas. The Order also vacates any prior findings Respondent may have made as to the City's ordinance regarding registered sex offenders. *See id.*

3.    In light of Respondent's February 15 Order, these original proceedings for writ of mandamus and prohibition have become moot. *Murphy v. Hunt,* 455 U.S. 478, 481 (1982) (explaining a case becomes moot when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome). The nature of the subsequent order, under which the Real Party in Interest will not reside within the jurisdiction of The City of Meadows Place, Texas, disposes of any controversy between the parties to the original proceedings. Accordingly, the original proceedings are moot and the Court no longer has jurisdiction. *See In re Burks*, No. 01-02-01053-CV, 2002 WL 31684686, at *1 (Tex. App.—Houston [1st Dist.] Nov. 27, 2002, orig. proceeding).

4.    Therefore, Relators The City of Meadows Place, Texas and Gary Stewart, Chief of Police move to dismiss these original proceedings. They request that the order of dismissal and judgment of this Court reflect that Relators bear his or its

-2-

own taxable costs of court reflected in this Court's Bill of Costs.  Relators request

other relief consistent with the dismissal.

Respectfully submitted,

MILLS SHIRLEY L.L.P.

By:    */s/ George W. Vie III*
        George W. Vie III
State Bar No. 20579310
2228 Mechanic Street, Suite 400
Galveston, Texas 77550
(713) 571-4232
Fax (713) 893-6095
*gvie@millsshirley.com*

Attorneys for Relators

4846-0833-6686, v. 1

## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that I conferred on February 17, 2016, with the counsel for Real Parties in Interest about the merits of this motion:

Quentin Tate Williams
Hilder & Associates, P.C.
819 Lovett Blvd.
Houston, Texas 77006

Attorneys representing Real Party in Interest Shane West

Alan Curry
Harris County District Clerk - Criminal
1201 Franklin, Ste 3180
Houston, TX  77002

Attorneys representing Real Party in Interest State of Texas

    □    opposes motion
    X    do not oppose motion
    □    agrees with motion
    □    would not say whether motion is opposed
    □    was not contacted after hours

*/s/ George W. Vie III*
George W. Vie III

4846-0833-6686, v. 1

## CERTIFICATE OF SERVICE

As required by Tex. R. App. P. 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties – which are listed below – on July 6, 2015, as follows:

Quentin Tate Williams
Hilder & Associates, P.C.
819 Lovett Blvd.
Houston, Texas 77006

Attorneys representing Real Party in Interest Shane West

Alan Curry
Harris County District Clerk - Criminal
1201 Franklin, Ste 3180
Houston, TX  77002

Attorneys representing Real Party in Interest State of Texas

By:  ☐  personal delivery
     X  e-service
     ☐  commercial delivery service
     ☐  fax

_/s/ George W. Vie III_
George W. Vie III

4846-0833-6686, v. 1


Appendix Tab 1

Filed 16 February 08 P6:51
Chris Daniel - District Clerk
Harris County
FAX16309565

Trace Number - FAX16309565

NO 1374217

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 174TH JUDICIAL DISTRICT |
| | § | |
| SHANE WEST | § | HARRIS COUNTY, TEXAS |

## ORDER

On this date came to be heard Defendant Shane West's "Motion to Set Aside and Vacate Previous Orders and Findings and to Amend Conditions of Community Supervision" and after considering same, the motion is hereby



**GRANTED** ▷   ~~DENIED~~

And, if granted, the court ORDERS that this Court's January 14, 2016, "Order to Register Defendant as Sex Offender in City of Meadows Place, Texas" is hereby VACATED and SET ASIDE, including any findings therein. And that any findings, oral or written, made on January 22, 2016, about any ordinance of the City of Meadows Place are similarly VACATED and SET ASIDE.

Any specific conditions of community supervision granting Shane West permission to reside at 2306 Meadow Berry Drive, Meadows Place or Stafford, Texas, 77477, entered at any time are also VACATED and SET ASIDE. All other terms and Conditions of Community Supervision shall remain in effect until further Order of this Court.

IT IS ORDERED       DATE: **FEB 1 5 2016** , 2016.

THE HON. RUBEN GUERRERO
PRESIDING JUDGE,
174TH CRIMINAL DISTRICT COURT

4

Certified Document Number: 68911956 - Page 1 of 1



**STATE OF TEXAS**
**COUNTY OF HARRIS**

I, Chris Daniel, District Clerk of Harris County, Texas, certify that
this is a true and correct copy of the original record filed and or recorded
in my office, electronically or the copy, as it appears on this date.
Witness my official hand and seal of office this FEB 1 5 2016

_____
**CHRIS DANIEL, DISTRICT CLERK**
**HARRIS COUNTY, TEXAS**

_____ **Deputy**

R_031